# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David DuCom, | No. CV-22-01237-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Aequor Technologies LLC, et al., | |
| Defendants. | |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 23).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 16th day of February, 2024.

Dominic W. Lanza
United States District Judge